IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                       4:11-CR-00200-02-JM

CARUTHERS DUKES

### ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 255) is DENIED.

Defendant asserts that the "extraordinary and compelling" reason warranting his sentence reduction is the "disparity between his 240-month crack sentence and other similarly situated drug offenders. . . ."[1] First, Defendant's high sentence is not driven by the drug amounts; rather it is his status as a career offender which resulted in a base offense level of 34 and a criminal history category of VI. Second, Defendant's 240-month sentence already is several years below his range of 262 to 327 months. Finally, Defendant cites to U.S.S.G. § 1B1.13(b)(6) as grounds for a reduction, but cites no change in the law that would affect his sentence.

IT IS SO ORDERED this 30th day of April, 2024.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 255.